## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT ASHLAND

| | |
|---|---|
| **GARY TURNER**, | ) |
| Plaintiff, | ) Civil Action No. 18-15-HRW |
| vs. | ) |
| **MARATHON PETROLEUM COMPANY LP**, | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION

Defendant Marathon Petroleum Company, LP, hereby gives notice that it will take the deposition of the Plaintiff, Gary Turner, upon oral examination and cross-examination, to be recorded by any appropriate means, including, but not limited to, by videotape, audio recording, and/or stenograph, for purposes of discovery, motion, perpetuation of testimony at trial, and for any other purpose permitted, on October 4, 2018, commencing at 10:00 a.m. EST at the offices of Edward Dove, 300 A Lexington Building, 201 West Short Street, Lexington, Kentucky 40507, and continuing thereafter until completed, before a Notary Public or other person authorized to administer oaths.

This the 13th day of September, 2018.

Respectfully submitted.

/s/ Michael D. Hornback
LaToi D. Mayo
lmayo@littler.com
Michael D. Hornback
mhornback@littler.com
**Littler Mendelson, P.S.C.**
333 West Vine Street, Suite 1720
Lexington, KY  40507
Telephone: 859.317.7970
Facsimile: 859.259.0067

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 13th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.

/s/ Michael D. Hornback
Attorney for Defendant